JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ORTA,<br><br>        Plaintiff,<br><br>        v.<br><br>PAT VASQUEZ, Warden,<br><br>        Defendant. | Case No. CV 12-07482-OP<br><br>JUDGMENT |

    Pursuant to the Memorandum Opinion and Order, Judgment is hereby entered denying the Petition and dismissing this action without prejudice.

DATED: February 12, 2013

                                         HONORABLE OSWALD PARADA
                                         United States Magistrate Judge